**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

JUDITH RAMOS, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

ACCESS DENTAL MANAGEMENT SERVICE, LLC.,

*Defendant*.
_____________________________________________/

**Case No. 3:26-CV-01963-E**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Judith Ramos pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Judith Ramos, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 13, 2026

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Leanna Loginov
Leanna Loginov
lloginov@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on August 13, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Leanna Loginov*
Leanna Loginov, Esq.

*Counsel for Plaintiff*